SEP 2 1 2016

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15cr2044-GPC |
|---|---|
| Plaintiff, | |
| v. | |
| JAVIER MARIN-CAMPOS, | **ORDER AND PROTECTIVE ORDER** |
| Defendant | |

IT IS HEREBY ORDERED that the defense attorney be provided with the declaration by the Watch Commander for the San Clemente Checkpoint and the schedule of July 7, 2015, pursuant to the Government's Application.

IT IS FURTHER ORDERED that the Government's Application and Attachment be ordered sealed.

IT IS FURTHER ORDERED that these documents and any subsequent documents or materials produced in connection with the San Clemente Checkpoint schedules be subjected to a protective order that these documents and materials are to be used for defense counsel, any investigators, interpreters, paralegals, legal assistants, or law clerks assisting in this case only (the "Defense"); that the Defense will not provide or disclose these documents and materials to anyone outside the Defense, except to the defendant; and that the Defense will not publish or reproduce the materials and documents on the internet or PACER, absent application and approval of this Court.

Dated: September 21, 2016.

THE HONORABLE GONZALO P. CURIEL
United States District Judge